722

of Appeals for the Eighth Circuit denied. *Mr. Thomas F. Bevington* for petitioner. *Assistant Attorney General Youngquist* and *Mr. Claude R. Branch* for the United States.

No. 552. CHICAGO, NORTH SHORE & MILWAUKEE R. Co. *v.* ELLIS. February 24, 1930. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Messrs. Edgar L. Wood* and *A. L. Gardner* for petitioner. No appearance for respondent.

No. 553. FAIRFAX DRAINAGE DISTRICT OF WYANDOTTE COUNTY, KANSAS, *v.* KANSAS CITY. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. T. M. Lillard* for petitioner. *Messrs. John T. Barker, J. C. Petherbridge,* and *Fred Robertson* for respondent.

No. 559. CITY OF NEWARK *v.* MILLS ET AL. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Thomas G. Haight* for petitioner. *Mr. Horace L. Cheyney* for respondents.

No. 689. SNOOK *v.* OHIO. February 25, 1930. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Messrs. Arthur M. Spiegel* and *Ernest O. Ricketts* for petitioner. No appearance for respondent.